**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  William Howard Adrian, | : | Chapter 13 |
| Debtor | : | Bky. No.:  25-15142-pmm |

**CERTIFICATION OF SERVICE**

I, Joseph Quinn, Esquire, attorney for Debtor, certify that I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Bankruptcy Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:  December 23, 2025          By:     */s/ Joseph Quinn*
                                          Joseph Quinn, Esquire
                                          Attorney I.D. No. 307467
                                          **ROSS, QUINN & PLOPPERT, P.C.**
                                          192 S. Hanover Street, Suite 101
                                          Pottstown, PA 19464
                                          T: 610.323.5300
                                          JQuinn@rqplaw.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

***On December 17, 2025***

Scott F. Waterman, Esq.
ECFMail@ReadingCh13.com
Chapter 13 Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail       ☐ Certified Mail        ☐ e-mail:
        ☐ Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail       ☐ Certified Mail        ☐ e-mail:
        ☐ Other:

1

**<u>On December 23, 2025</u>**
Arcadia Recovery Bureau, LLC
Po Box 6768
Reading, PA 19610
Via:     ☐ CM/ECF     ☒1st Class Mail     ☐Certified Mail     ☐e-mail:
☐Other:

Ashland Medical Group
PO Box 175
Northumberland, PA 17857
Via:     ☐ CM/ECF     ☒1st Class Mail     ☐Certified Mail     ☐e-mail:
☐Other:

Aspire Credit Card
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348
Via:     ☐ CM/ECF     ☒1st Class Mail     ☐Certified Mail     ☐e-mail:
☐Other:

Best Egg
Attn: Bankrupcty
Po Box 42912
Philadelphia, PA 19101
Via:     ☐ CM/ECF     ☒1st Class Mail     ☐Certified Mail     ☐e-mail:
☐Other:

Bureau of Account Management
PO Box 8875
Camp Hill, PA 17001
Via:     ☐ CM/ECF     ☒1st Class Mail     ☐Certified Mail     ☐e-mail:
☐Other:

Bureau of Account Managment
Attn: Bankruptcy
3607 Rosemont Ave, Ste 502, Pob 8875
Camp Hill, PA 17001
Via:     ☐ CM/ECF     ☒1st Class Mail     ☐Certified Mail     ☐e-mail:
☐Other:

Discover Financial
Attn: Bankruptcy
Po Box 30943
Salt Lake City, UT 84130
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

Geraldine M Linn, Esq
KML Law Group PC
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

Housing and Urban Development
451 Seventh Street SW
Washington, DC 20410-8000
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

Lehigh Valley Health Network
PO Box 981006
Boston, MA 02298-1006
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

M&T Bank
One Fountain Plaza
Buffalo, NY 14203
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

Mariner Finance
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

Option Care Health Inc.
2765 Paysphere Circle
Chicago, IL 60674
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

Penn Credit Corporation
2800 Commerce Drive
Harrisburg, PA 17106
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Penn State Health
PO Box 829725
Philadelphia, PA 19182
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Performance Spine & Sports Physicians
1603 E High Street
Suite A
Pottstown, PA 19464
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Solara Medical Supplies, Inc.
Po Box 743708
Los Angeles, CA 90074
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Springlf Fin
Po Box 1010
Evansville, IN 47706
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

St Joseph Medical Group
PO Box 4985
Lancaster, PA 17604-4985
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Tower Health SBO Lockbox
PO Box 825602
Philadelphia, PA 19182-5602
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other: