**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: William Howard Adrian          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-15142 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

       Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
23 Dec 2025, 15:15:42, EST

       KML Law Group, P.C.
       701 Market Street, Suite 5000
       Philadelphia, PA 19106-1532
       (215) 627-1322