**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  William Howard Adrian, | : | **Chapter 13** |
| Debtor | : | **Bky. No.:  25-15142-pmm** |

**CERTIFICATION OF SERVICE**

I, Joseph Quinn, Esquire, attorney for Debtor, certify that on February 18, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:  February 18, 2026        By:   */s/ Joseph Quinn*_____
                                    Joseph Quinn, Esquire
                                    Attorney I.D. No. 307467
                                    **ROSS, QUINN & PLOPPERT, P.C.**
                                    192 S. Hanover Street, Suite 101
                                    Pottstown, PA 19464
                                    T: 610.323.5300
                                    JQuinn@rqplaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

Scott F. Waterman, Esquire
ECFMail@ReadingCh13.com
Standing Chapter 13 Trustee
Via:    ☒ CM/ECF    ☐1st Class Mail        ☐Certified Mail        ☐e-mail:
        ☐Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:    ☒ CM/ECF    ☐1st Class Mail        ☐Certified Mail        ☐e-mail:
        ☐Other:

1

Matthew K. Fissel, Esquire
M&T Bank
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com
Attorney
Via:    ☒ CM/ECF    ☐1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Arcadia Recovery Bureau, LLC
Po Box 6768
Reading, PA 19610
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Ashland Medical Group
PO Box 175
Northumberland, PA 17857
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Aspire Credit Card
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Best Egg
Attn: Bankrupcty
Po Box 42912
Philadelphia, PA 19101
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Bureau of Account Management
PO Box 8875
Camp Hill, PA 17001
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

2

Bureau of Account Managment
Attn: Bankruptcy
3607 Rosemont Ave, Ste 502, Pob 8875
Camp Hill, PA 17001
Creditor
Via:     ☐ CM/ECF     ☒1st Class Mail     ☐Certified Mail     ☐e-mail:
         ☐Other:

Discover Financial
Attn: Bankruptcy
PO Box 30943
Salt Lake City, UT 84130
Creditor
Via:     ☐ CM/ECF     ☒1st Class Mail     ☐Certified Mail     ☐e-mail:
         ☐Other:

Geraldine M Linn, Esq
KML Law Group PC
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Attorney
Via:     ☐ CM/ECF     ☒1st Class Mail     ☐Certified Mail     ☐e-mail:
         ☐Other:

U.S. Department of Housing &
Urban Development
801 Market Street, 12th Floor
Philadelphia, PA 19107
Creditor
Via:     ☐ CM/ECF     ☒1st Class Mail     ☐Certified Mail     ☐e-mail:
         ☐Other:

Lehigh Valley Health Network
PO Box 981006
Boston, MA 02298-1006
Creditor
Via:     ☐ CM/ECF     ☒1st Class Mail     ☐Certified Mail     ☐e-mail:
         ☐Other:

Mariner Finance
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236
Creditor
Via:     ☐ CM/ECF     ☒1st Class Mail     ☐Certified Mail     ☐e-mail;

3

☐Other:
OneMain Financial Group, LLC
PO Box 3251
Evansville, IN 47731-3251
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Option Care Health Inc.
2765 Paysphere Circle
Chicago, IL 60674
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Penn Credit Corporation
2800 Commerce Drive
Harrisburg, PA 17106
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Penn State Health
PO Box 829725
Philadelphia, PA 19182
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Performance Spine & Sports Physicians
1603 E High Street
Suite A
Pottstown, PA 19464
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Solara Medical Supplies, Inc.
Po Box 743708
Los Angeles, CA 90074
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Springleaf Financial
Po Box 1010
Evansville, IN 47706
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

St. Joseph Medical Group
PO Box 4985
Lancaster, PA 17604-4985
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Tower Health SBO Lockbox
PO Box 825602
Philadelphia, PA 19182-5602
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other: