Certificate Number: 05781-PAE-DE-040780037

Bankruptcy Case Number: 25-15142



05781-PAE-DE-040780037

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 25, 2026, at 4:49 o'clock PM PDT, William Adrian completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 25, 2026              By:     /s/Allison M Geving

Name:  Allison M Geving

Title:   President