United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-15142-pmm |
| William Howard Adrian | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 14, 2026 | Form ID: 155 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Howard Adrian, 52 Clemens Rd, Fleetwood, PA 19522-9014 |
| 15085093 | + | Ashland Medical Group, PO Box 175, Northumberland, PA 17857-0175 |
| 15085099 | + | Geraldine M Linn, Esq, KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15085101 | | Lehigh Valley Health Network, PO Box 981006, Boston, MA 02298-1006 |
| 15085106 | + | Penn State Health, PO Box 829725, Philadelphia, PA 19182-9725 |
| 15085107 | + | Performance Spine & Sports Physicians, 1603 E High Street, Suite A, Pottstown, PA 19464-5061 |
| 15085108 | + | Solara Medical Supplies, Inc., Po Box 743708, Los Angeles, CA 90074-3708 |
| 15085110 | | St Joseph Medical Group, PO Box 4985, Lancaster, PA 17604-4985 |
| 15085111 | | Tower Health SBO Lockbox, PO Box 825602, Philadelphia, PA 19182-5602 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15085092 | ^ | MEBN | May 15 2026 00:26:59 | Arcadia Recovery Bureau, LLC, Po Box 6768, Reading, PA 19610-0768 |
| 15085094 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 15 2026 00:28:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15085095 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 15 2026 00:32:06 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 15085096 | + | Email/Text: Bankruptcy@BAMcollections.com | May 15 2026 00:28:00 | Bureau of Account Management, PO Box 8875, Camp Hill, PA 17001-8875 |
| 15085097 | + | Email/Text: Bankruptcy@BAMcollections.com | May 15 2026 00:28:00 | Bureau of Account Managment, Attn: Bankruptcy, 3607 Rosemont Ave, Ste 502, Pob 8875, Camp Hill, PA 17001-8875 |
| 15085098 | | Email/Text: mrdiscen@discover.com | May 15 2026 00:28:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 15085100 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 15 2026 00:31:50 | Housing and Urban Development, 451 Seventh Street SW, Washington, DC 20410-8000 |
| 15085102 | | Email/Text: camanagement@mtb.com | May 15 2026 00:28:00 | M&T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 15104690 | | Email/Text: camanagement@mtb.com | May 15 2026 00:28:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15087192 | ^ | MEBN | May 15 2026 00:27:01 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15106600 | + | Email/Text: bankruptcy@marinerfinance.com | May 15 2026 00:28:00 | MARINER FINANCE LLC, 8110 CORPORATE DRIVE, NOTTINGHAM, MD 21236-5034 |
| 15085103 | + | Email/Text: bankruptcy@marinerfinance.com | May 15 2026 00:28:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

| |

| |

| | | | | |
|---|---|---|---|---|
| 15090558 | + | Email/PDF: cbp@omf.com | May 15 2026 00:31:56 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15085104 | ^ | MEBN | May 15 2026 00:27:29 | Option Care Health Inc., 2765 Paysphere Circle, Chicago, IL 60674-0001 |
| 15085105 | | Email/Text: bankruptcies@penncredit.com | May 15 2026 00:28:00 | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17106 |
| 15101469 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2026 00:32:08 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15105682 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2026 00:31:58 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15126679 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2026 00:42:19 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15085109 | + | Email/PDF: cbp@omf.com | May 15 2026 00:31:49 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor William Howard Adrian CourtNotices@rqplaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                )
    William Howard Adrian                )        Case No. 25–15142–pmm
                              )
                              )
    Debtor(s).                        )        Chapter: 13
                              )
                              )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 14, 2026                                 For The Court

                                                      Patricia M. Mayer
                                                      Judge, United States Bankruptcy Court