Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

William Howard Adrian
52 Clemens Rd
Fleetwood, PA 19522

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-15142-PMM**

Petition Filed Date: 12/17/2025
341 Hearing Date: 01/20/2026
Confirmation Date: 05/14/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2026 | $389.00 | | 02/26/2026 | $389.00 | | 03/26/2026 | $389.00 | |
| 04/27/2026 | $389.00 | | 05/27/2026 | $389.00 | | 07/13/2026 | $1,384.00 | |

**Total Receipts for the Period: $3,329.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $3,329.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,500.00 | $3,072.68 | $427.32 |
| 1 | ONEMAIN FINANCIAL GROUP LLC<br>»» 001 | Unsecured Creditors | $14,237.07 | $0.00 | $14,237.07 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 002 | Unsecured Creditors | $2,000.86 | $0.00 | $2,000.86 |
| 3 | M&T BANK<br>»» 003 | Mortgage Arrears | $23,778.70 | $0.00 | $23,778.70 |
| 4 | RESURGENT CAPITAL SERVICES<br>»» 004 | Unsecured Creditors | $799.79 | $0.00 | $799.79 |
| 5 | MARINER FINANCE LLC<br>»» 005 | Unsecured Creditors | $891.07 | $0.00 | $891.07 |

**Chapter 13 Case No. 25-15142-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,329.00 | Current Monthly Payment: | $510.00 |
| Paid to Claims: | $3,072.68 | Arrearages: | $509.00 |
| Paid to Trustee: | $256.32 | Total Plan Base: | $30,358.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.