**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: William Howard Adrian | : | Chapter 13 |
| Debtor | : | Case No. 25-15142-pmm |

---

**SUGGESTION OF DEATH**

TO THE CLERK OF COURT:

Debtor, William Howard Adrian, passed away on May 28, 2026. This suggestion serves as notification to the Court and Chapter 13 Trustee.

Respectfully submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

BY: */s/ Joseph Quinn*___________

Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: (610) 323 - 5300
F: (610)323 - 6081
JQuinn@rqplaw.com

Date: September 11, 2026